UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 08-60794-CIV-JORDAN/McALILEY

PITBULL PRODUCTIONS, INC.,

        Plaintiff,

v.

THE URBAN NETMEDIA GROUP, INC.
d/b/a UNIVERSAL NETMEDIA, INC.,
JONATHAN LEWERS a/k/a CRAIG
ENNIS, NADINE LEWERS, LARRY
LEWERS, MICHAEL SMITH, JACK
JOHANSSEN and JOHN DOES 1-3,

        Defendants,

_____/

**CLOSED CIVIL CASE**

## FINAL JUDGMENT AND PERMANENT INJUNCTION

Having considered Plaintiff's Motion for Default Judgment and Permanent Injunction and Incorporated Memorandum of Law and the Default entered by the Clerk of the United States District Court for the Southern District of Florida, against Defendants THE URBAN NETMEDIA GROUP, INC. d/b/a UNIVERSAL NETMEDIA, INC., JONATHAN LEWERS a/k/a CRAIG ENNIS, NADINE LEWERS, and LARRY LEWERS (collectively the "Defendants") for their failure to appear, answer, or otherwise move with respect to the Verified Amended Complaint, the Summons, and all of the relevant papers and pleadings on file with the Court regarding this matter, IT IS ORDERED AND ADJUDGED:

1. Defendants are liable for willfully infringing thirty-seven (37) registered copyrights owned by Plaintiff, pursuant to 17 U.S.C. § 501;

2. Defendants are liable for willfully infringing two (2) of Plaintiff's trademarks pursuant to 15 U.S.C. § 1114 *et seq.*;

3. Defendants are liable for false designation of origin, false description, and representation under 15 U.S.C. § 1125, *et seq.*, and unfair competition under the common law of the State of Florida;

4. Plaintiff shall recover from Defendants, jointly and severally, ~~$7,550,000.00~~ $2,850,000 * in statutory damages under the Copyright Act and Lanham Act and post judgment statutory interest rate, for which **LET EXECUTION ISSUE**;

5. Plaintiff shall be awarded attorneys' fees and costs to be calculated and set forth in an accounting within thirty (30) days of the entry of this Order;

6. Defendants and their officers, directors, agents, affiliates, and co-conspirators shall be permanently enjoined from further infringing any of Plaintiff's copyrights and trademarks;

7. The Registrar and the Internet Corporation for Assigned Names and Numbers (ICANN) shall terminate Defendants' capacity to access and use the domain name www.whatstea.com and deliver and transfer the domain name to Plaintiff;

8. The Registrar for www.whatstea.com shall freeze the registration and the name servers are to be deleted and left blank so that the domain (website) cannot point to another Internet Service Provider (ISP);

9. The Registrar shall reveal the owners, registrants, administrative contact, billing contact for www.whatstea.com and any other domain names owned by the same owner of www.whatstea.com that are held as "private registrations" to Plaintiff and the Court;

10. Defendants and their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them are each hereby enjoined and permanently restrained from doing or causing to be done any of the following:

---

\* In the exercise of my discretion, I am awarding $500,000 per trademark (for a total of $1 million) and $50,000 per copyright (for a total of $1.850 million). See *Microsoft Corp. v. Compusource Dist., Inc.*, 115 F.Supp.2d 800, 812 (E.D. Mich. 2000).

A) Infringing upon Plaintiff's, lawful copyrighted and trademarked DVDs in any manner;

B) Unlawfully posting, allowing to be posted, inducing others to post, or computer/website uploading or downloading any of Plaintiff's DVDs or associated images including those listed in Exhibits A-C of the Verified Amended Complaint, and Defendants shall remove any and all materials and content, DVDs, and associated images owned by Plaintiff, including but not limited to those listed in Exhibits A-C of the Verified Amended Complaint, from the www.whatstea.com website;

C) Using, copying, inducing others to copy, computer/website uploading or downloading, or otherwise making any unauthorized or unlawful copies of any DVDs owned by Plaintiff, including but not limited to those listed in Exhibits A-C of the Verified Amended Complaint, and otherwise unlawfully exploiting or attempting to exploit Plaintiff's intellectual property;

D) Unlawfully allowing or inducing others to post any of Plaintiff's intellectual property, including DVD covers and DVD content from any of Plaintiff's videos listed in Exhibits A-C of the Verified Amended Complaint, on the www.whatstea.com website or any other website controlled or owned by Defendants; and

E) Unlawfully failing to monitor and ensure that Plaintiff's DVDs, DVD covers, screenshots, content, and/or any portion of Plaintiffs DVDs, screenshots and content are not being displayed on the website www.whatstea.com or any other website controlled or website owned by Defendants.

3

11. Defendants shall deliver to Plaintiff any and all copies of data or information in connection therewith unlawfully taken from Plaintiff's DVDs or associated images identified in Plaintiff's Verified Complaint and saved in any manner including any returnable storage device such as, but not limited to, CDs, DVDs, DVDRs, flash drive, hard drives, and floppy discs;

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to Fed. R. Civ. P. 69(a), and Fla. R. Civ. P. 1.560, the judgment debtors, Defendants, THE URBAN NETMEDIA GROUP, INC. d/b/a UNIVERSAL NETMEDIA, INC., JONATHAN LEWERS a/k/a CRAIG ENNIS, NADINE LEWERS, and LARRY LEWERS, shall complete, under oath, a Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments, and serve it on the judgment creditor's attorney, Lorri Lomnitzer Esq., Assouline & Berlowe, P.A., 213 E. Sheridan Street, Suite 3, Dania Beach, Florida 33004, within 45 days from the date of this Final Judgment, unless the Final Judgment is satisfied or post-judgment is stayed. Failure to complete the fact information sheet shall be just cause for further sanctions, including, but not limited to bodily attachment and/or a bench warrant. *See, e.g., Biggross, Inc. v. Matthews*, 2007 WL 2827566 (M.D. Fla. Sept. 26, 2007) (awarding sanctions for a defendant's failure to fill out a fact information sheet).

**IT IS SO ORDERED and that** copies of this Order be served on Defendants. Service by certified mail shall be deemed sufficient service.

**DONE AND ORDERED** in Chambers at Miami, Florida this September 16th, 2008.

_____
HONORABLE ADALBERTO JORDAN
UNITED STATES DISTRICT JUDGE

4

**Copies furnished to:**

Lorri Lomnitzer, Esquire, Attorney for Plaintiff
Dariush Keyhani, Esquire, Attorney for Plaintiff

| | |
|---|---|
| **Judgment Debtor/Defendant**<br>Nadine Lewers<br>5919 NW Batchelor Terrace<br>Port St. Lucie, Florida 34986-3602<br><br>**Judgment Debtor/Defendant**<br>Jonathan Lewers<br>5919 NW Batchelor Terrace<br>Port St. Lucie, Florida 34986-3602<br><br>**Judgment Debtor/Defendant**<br>Larry Lewers<br>5919 NW Batchelor Terrace<br>Port St. Lucie, Florida 34986-3602 | **Judgment Debtor/Defendant**<br>The Urban Netmedia Group, Inc. d/b/a Universal Netmedia, Inc.<br>5919 NW Batchelor Terrace<br>Port St. Lucie, Florida 34986-3602<br><br>**Judgment Creditor/Plaintiff**<br>Pitbull Productions, Inc.<br>200 East 116th Street<br>Suite 2N<br>New York, New York 10029 |